CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3701
FAX: (510) 637-3724
Kelly.Volkar@usdoj.gov

Attorneys for United States of America

FILED

Mar 03 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIO SEVILLA ARTIAGA,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 4:26-CR-00093-JST

[PROPOSED] ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS AD
PROSEQUENDUM

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant MARIO SEVILLA ARTIAGA, before

this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that

the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: ___March 3, 2026___

_____
Hon. Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 4:26-CR-00093-JST

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   **JAY BIEBER, Acting United States Marshal for the Northern District of California and SANTA RITA COUNTY JAIL** and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of MARIO SEVILLA ARTIAGA, who is in the custody of Santa Rita Jail before the Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California, located at the Oakland Federal Courthouse, located at Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, California, on Monday, March 9th at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release MARIO SEVILLA ARTIAGA from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____March 3, 2026_____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:26-CR-00093-JST